IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:   CARLETTE F. JENKINS                               CASE NO.: 05-50532 ERG
         DEBTOR                                                         CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:   Carlette F. Jenkins (Debtor)
         (estate funds insufficient to administer)

AMOUNT:  $1,520.24

REASON:  Whereabouts of Debtor is unknown. Debtor did not negotiate check. Other attempts to locate the Debtor have also failed.

Respectfully Submitted on this 17th day of November, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Carlette F. Jenkins
2219 Catalpa Avenue
Pascagoula, MS 39567

This the 17th day of November, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**      CHECK NUMBER
CUSTOMER CONNECTION            3002
32-1/1110 TX
0

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 11/17/2008 | *******1,520.24 |

ZOYS0859

**2140954**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-50532 | Debtor: JENKINS, CARLETTE F.<br>Joint Debtor: AKA CARLETTE F JOHNSON |

*One Thousand Five Hundred Twenty Dollars And 24/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈ 00 300 2⑈   ⑈:1110000 12⑈:  44 2968 298 2⑈ 

| Date: 11/17/2008 | Check Number: 3002 | Amount: $1,520.24 |
|---|---|---|
| Case Number 05-50532<br>Debtor Name: JENKINS, CARLETTE F. | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: | KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|---|---|

Description: UNCLAIMED FUNDS

Bank Account Number: 4429682982